**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN CISNEROS, ) | No. CV 11-7021-PA(CW) |
| ) | |
|         Petitioner, ) | |
| ) | JUDGMENT |
|     v. ) | |
| ) | |
| WARDEN McEWAN, ) | |
| ) | |
|         Respondent, ) | |
| _____) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, without prejudice, for failure to prosecute.

DATE:  October 19, 2011

_____
      PERCY ANDERSON
United States District Judge